

# NUMBER 13-23-00393-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

OBED FLORES,                                                              Appellant,

v.

NANCY LEE FLORES,                                                        Appellee.

### On appeal from the County Court at Law No. 10
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Longoria**

Appellant Obed Flores perfected an appeal from a default judgment entered by the County Court at Law No. 10 of Hidalgo County, Texas, in cause number F-4640-22-10. Appellant has filed an amended motion to dismiss the appeal, stating that the trial court issued an order granting appellant's motion for new trial.

The Court, having considered the documents on file and appellant's amended motion to dismiss the appeal, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed on the
7th day of December, 2023.